UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 AUG -3 PM 12: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOSE REFUGIO MURILLO-HERNANDEZ,<br><br>                Defendant. | CASE NO. 12-cr-02638-BTM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

    1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and

    Aiding and Abetting (Felony)(1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/2/12

                                           Nita L. Stormes
                                           U.S. Magistrate Judge